

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2024

No. 04-24-00244-CR

Manuel Becerril **ESPINOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5174
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 8, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2024.

Luz Estrada, Chief Deputy Clerk